NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANK CALAPRISTI, AND OTHER SIMILARLY SITUATED PERSONS,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2022-1080

---

Appeal from the United States Court of Federal Claims in No. 1:18-cv-00612-TMD, Judge Thompson M. Dietz.

---

## JUDGMENT

---

DOUGLAS E. MCKINLEY, JR., Law Office of Douglas E. McKinley, Jr., Kennewick, WA, argued for plaintiff-appellant.

ALBERT S. IAROSSI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BRIAN M. BOYNTON, STEVEN JOHN GILLINGHAM, PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LOURIE and PROST, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 3, 2022          /s/ Peter R. Marksteiner
Date                      Peter R. Marksteiner
                          Clerk of Court